904

Co.; and *Robert E. Hogan, Clarence M. Mulholland, Edward J. Hickey, Jr.* and *Richard R. Lyman* for System Federation No. 91, Railway Employes' Department of A. F. of L., et al., respondents.

No. 550. SOLTERO *v.* DESCARTES, TREASURER OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied. *F. Fernandez Cuyar* for petitioner. *Victor Gutierrez Franqui,* Attorney General of Puerto Rico, and *J. B. Fernandez Badillo,* Assistant Attorney General, for respondents.

No. 554. SINEIRO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Harry Polikoff* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 556. LAWSON, ADMINISTRATOR, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles H. Lawson, pro se. Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Benjamin Forman* for the United States.

No. 562. JEWELL, CHIEF OVERSEER OF CHURCH OF THE LIVING GOD, *v.* DAVIES, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *Wallace J. Baker, Sr.* for petitioner. *Albert Williams* for respondent.

No. 564. GENERAL SHOE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Cecil Sims* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner* and *Irving M. Herman* for respondent.